## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

EDWARD GRAZIANO, : 58 EAP 2014
:
        Appellant : Appeal from the Order of the
: Commonwealth Court dated 9/23/14 at
      v. : No. 473 MD 2014
:
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, JOHN WETZEL, :
NANCY GIROUX, CHERYL GILL, ET AL., :
:
        Appellees :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of June, 2015, the direct appeal is QUASHED. Appellant's Application to Correct the Factual Record (Pa.R.A.P. 2501(a)) is DISMISSED AS MOOT.